# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL A. KARP, | : | No. 193 EAL 2019 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| BRUNO J. PASCERI, | : | |
| Petitioner | : | |
| | | |
| BRUNO J. PASCERI, | : | No. 194 EAL 2019 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| MICHAEL A. KARP, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.